**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BARRY D. ROSS
    *Plaintiff*,

        v.

HASBRO, INC.
    *Defendant*.

C.A. No. 19-424

REMOVED FROM:

SUPERIOR COURT FOR THE
STATE OF RHODE ISLAND
PROVIDENCE COUNTY
(State Court C.A. No. PC 19-7295)

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Hasbro, Inc. ("Hasbro") hereby gives notice that it removes the case presently pending in the Rhode Island Superior Court and entitled *Barry D. Ross v. Hasbro, Inc.*, C.A. No. PC 19-7295 (the "Action"), to the United States District Court for the District of Rhode Island.  Defendant removes the Action by special appearance without waiving any defenses or objections.

Removal is authorized by 28 U.S.C. §§ 1441 and 1331, and is based on the District Court's original jurisdiction of claims arising under the laws of the United States.  In further support of this Notice, Hasbro states:

1.    The Action was commenced on July 9, 2019 in Rhode Island Superior Court. Pursuant to Local Rule 81, a copy of the Complaint is attached as **Exhibit A**.

2.    Hasbro has not served responsive pleadings to the Complaint and no orders have been issued in the Action.

3.    In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within 30 days of Hasbro's receipt, through service or otherwise, of a copy of the Complaint.

4.      This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1331 and the Action is removable pursuant to 28 U.S.C. § 1441(a) in that Plaintiff's Complaint purports to include a claim for alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*, and 42 U.S.C. § 1981, which gives rise to original jurisdiction of actions arising under the laws of the United States.  This Court has supplemental jurisdiction over the remaining claims in the Complaint.

5.      Pursuant to 28 U.S.C. § 1446(d) and Local Rule 81(a), Hasbro promptly will file a copy of this Notice of Removal with the Clerk of the Rhode Island Superior Court, pursuant to the Notice of Filing of Notice of Removal attached hereto as **Exhibit B**, and will serve a copy of this Notice of Removal upon Plaintiff.

WHEREFORE, Hasbro respectfully removes the Action now pending in the Superior Court of the State of Rhode Island, County of Providence, Docket No. PC 19-7295, to the United States District Court for the District of Rhode Island.

Dated:  August 8, 2019

Defendant,
HASBRO, INC.
By their attorneys,


/s/ Leslie D. Parker
Patricia K. Rocha (#2586)
Leslie D. Parker (#8348)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI  02903-1345
Tel:  401-274-7200
Fax:  401-751-0604
procha@apslaw.com
lparker@apslaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2019, a copy of the foregoing Notice of Removal was sent via first class mail to the following:

Barry D. Ross
6343 Park Creek Drive
Charlotte, NC 28262


/s/ Leslie D. Parker

3

964906.v1